UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL J. FRENCH<br>PLAINTIFF, | § § § | |
| v. | § | CASE NO. 3:18-CV-1766-B-BK |
| | § | |
| METLIFE DISABILITIES INSURANCES,<br>DEFENDANT. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 12th day of February, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE